IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DUANI EFRAIN BENITO RIOS PORRAS,     *

            Petitioner,     *

v.                                    Case No.  4:26-cv-272-CDL-AGH

                          *

Warden, STEWART DETENTION CENTER ,
*et al.,*                          *

            Respondents.     *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 24, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 24th day of April, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk